UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | No. 1:14-cr-00060-RLY-MJD |
| ERIC D. JACKSON (01), ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on USPO Petition for Action on Conditions of Supervised Release. The parties waived the opportunity pursuant to statute and the rules of this court to file objection. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

Defendant's Motions [13] and [14] Requesting Information are **DENIED AS MOOT**.

**SO ORDERED** this 1st day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record